IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD VREELAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:21-CV-459-WKW |
| | ) [WO] |
| WARDEN JACKSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 4, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and Plaintiff's motion for preliminary injunction is DENIED.

DONE this 31st day of August, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE