IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD VREELAND, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:21-CV-459-WKW |
| | ) [WO] |
| WARDEN TRACY JACKSON, CHIEF DEPUTY LOWRY, CAPTAIN TUCK, and SUZANNE MONCRIEF, | ) |
| Defendants. | ) |

## **ORDER**

On September 10, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 13) is ADOPTED; and

(2) This action is DISMISSED without prejudice.

An appropriate final judgment will be entered separately.

DONE this 30th day of September, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE